Eastern District of Kentucky
**F I L E D**
Apr - 25 2024
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:24-CR-006-DCR

BOBBY WIREMAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(4)

On or about February 5, 2024, in Magoffin County, in the Eastern District of Kentucky,

**BOBBY WIREMAN,**

knowing that he had previously been committed to a mental institution, knowingly possessed firearms, to wit, (1) a Remington, model 742 Woodsmaster, .30-06 caliber rifle with serial number 1432; (2) a Savage, model 110, 7mm rifle with serial number F540497; and (3) a Springfield, model 67, 12-gauge shotgun, with serial number A246288, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(4).

## COUNT 2
## 18 U.S.C. § 922(j)

On or about February 5, 2024, in Magoffin County, in the Eastern District of Kentucky,

**BOBBY WIREMAN**

knowingly possessed stolen firearms, to wit, (1) a Remington, model 742 Woodsmaster, .30-06 caliber rifle with serial number 1432; (2) a Savage, model 110, 7mm rifle with serial number F540497; and (3) a Springfield, model 67, 12-gauge shotgun with serial number A246288, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(j).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment, **BOBBY WIREMAN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **BOBBY WIREMAN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Remington, model 742 Woodsmaster, .30-06 caliber rifle with serial number 1432;

b. Savage, model 110, 7mm rifle with serial number F540497;

c. a Springfield, model 67, 12-gauge shotgun with serial number A246288;

d. All associated firearm accessories and ammunition.

A TRUE BILL

███████████

FOREPERSON

*/s/ M S L*
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 and 2:**   Not more than 15 years imprisonment, $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of listed items.